RECEIVED IN CLERK'S OFFICE
U.S.D.C. - Atlanta
APR 24 2012
JAMES N. HATTEN, Clerk
By: Brandon

NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION
1 12-CV-1428

Memorandum In Support of Motions

The List of Expert and Witnesses, applied to all Cases filled by the Claimant to the Honorable Court.

The Families of Oluwashina Ahmed & Others

VS:

(a) U.S.A, Canada, Nigeria & Others.
(b) U.K, Ireland, Nigeria, Netherland Spain & Others
(c) European Court of Human Rights & Others
(d) Turkey, Greece, Australia & Others.
(e) The Kingdom of Saudi Arabia, Egypt, The Arab league & Others.
(f) Lagos State Government, Lagos State Governor & Others.
(g) Ogun State, Ondo State, Oyo State, Edo State, Eketi State, Kwara State, Osun State & Others.

Page 17-28

Respectfully Submitted
Ahmed
Oluwashina Ahmed

11/04/2012

(1)

NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

List of Experts & Witnesses

Ireland

1. Justice McGuiness
   Former Chief Justice
   Supreme Court of Ireland.
2. Celestial Church of Christ
   Bathsaida Parish
   Dublin, Ireland,
   Prophet Wole.
3. C&S Church
   Iya Adura Parish
   Dublin, Ireland.
4. Gerald EwenJore Prison #73358 and other Prisoner & asylum Seekers at the Gloverhill Prison from 02 Aug, 2011 to 09 Sept, 2011.
5. Ujah Iwoh
6. Amnesty International Dublin
7. Irish Refugee Council.


P.7

United States of America
---

1. President of The United States.
   Barrack Obama.
2. Bill Clinton; Former President of The United States.
3. Hillary Clinton; Secretary of States United States of America.
4. Janet Reno; Former Attorney General of The United States.
5. Attorney General of The United State of America.
6. Dr. Colebson
   Professor of History.
   Georgia Perimeter College
   Decatur, GA, U.S.A.
7. Eddie Craine
   Metro Sound
   Atlanta, GA, U.S.A.
8. Dexter King; Son of the Late Dr. Martin Luther King Jr.
9. Muhammad Ali
   Former World Boxing Heavyweight Champion

(18)

(10). Hollywood U.S.A
- (a) Samuel L. Jackson
- (b) Denzel Washington
- (c) Julia Robert
- (d) Steven Stillberg.
- (e) Operah Winfrey.
- (f) Hallie Berry
- (g) Morgan Freeman.

(11) Pro-Tennis Player
- (a) The Williams Sister Serena Williams & Venus Williams.
- (b) Maria Sharapova; Russia.
- (c) Roger Feedera; Switzerland
- (d) Andrey Agasi
- (e) Pete Sampros.

(12) College Associates.
- (a) Musiliu Oradami
- (b) Brenda Martins.
- (c) Tijani AbdulSalam.

(13) Samson Martins
Marie Martins
Damilola Martins.

(14) Taofik Sholebo
Orange, New Jersey
U.S.A.

(15) Toye Olagunju
Oakland CA.
U.S.A.

(19)

United Kingdom

1. Justice Baros,
   United Kingdom Supreme Court.
2. Oluwafunmi Abiodun
   Celestial Church of Christ
   33 Bexely Road          T. 07908302938
   London
   DA8 1SH
3. ⓐ Prisoners from Campsfield House
      Detention Center Oxen, Oxford, UK
   ⓑ Prisoners from Dover IRC, UK
   ⓒ Prisoners from Detentie Centrum
      Netherlands.
4. Woli Joe
   C&S Church        T. 07551253159
   SE15 1TF
   Ilderton Road, London
5. Apostle S. George
   C&S Church        T. 07872079150
   East End
   London
6. Mr Olatokun         T. 07930366497
   Asalat Rahman
   Ilderton Road London
   SE15 1TF
7. Belfast Islami Center
   Belfast, N.I.
8. Friends & Family from Cardiff, Belfast
   London, Manchester, Atlanta, Brooklyn
   and Toronto.

(20)

⑨ Medical Justice
  86 Durham Road
  London
  N7 7DT.

⑩ Adrienne Makenda Kamban
  (Jimmy Mubenga's Widow) UK.

⑪ Amnesty International Cardiff.

⑫ Dally mirror, London UK.

⑬ Larry Ola & Family
  Belfast, NI UK.

⑭ Hb Johnson & Family
  Peckam, London, UK
  079 4345 6440

⑮ Segun Arode
  London, UK
  078 6926 6830

㉑

Experts Witnesses Chief Justices International Courts

1. Justice Request
   Chief Justice
   United States Supreme Court
2. Representative from the United State Supreme Court
3. Rt. Hon Chief Justice of Canada Beverley Mclachlin P.C.
4. Representative from The Supreme Court of Canada
5. Representative from The United Kingdom Supreme Court
6. Mr J. Philippe Couvrer The Registrar International Court of Justice The Hague Netherlands
7. The Chief Prosecutor Louis Moreno-Ocapo International Criminal Court The Hague Netherland
8. Representative from The England & Wales High Court, Cardiff
9. Representative from the High Court of Justice Strand London

(22)

⑩ The Registrar
 European Court of Human Rights.

⑪ Representative from
 The General Court of
   The European Union.
   Rue du Fort
   Niedergrunewald
   L-2925 Luxembourg

⑫ Representative from
 Court of Justice of
 The European Union.
 L-2925 Luxembourg.

⑬ International Commission of Jurists.

⑭ Representative from the High Court
 of Justice, Dublin Ireland.

⑮ Representative from The
   United States Court of Appeals
   For the Ninth Circuit.
   U.S.A

㉓

# International Organization

1. Banky Moon
   Secretary General
   United Nation Organization.
2. United Nation High Commission for Refugee.
3. United Nation High Commission for Human Rights.
4. Unicef Headquaters
   Unicef House.
   3 United Nation Plaza
   New York, NY 10017
5. Amnesty International; UK, USA, Canada, Asia, Africa & Arabian Region.
6. N.A.A.C.P.
   National Association for the Advancement of Colored People, U.S.A.
7. Amnesty International, Norway.
8. Human Righ Watch; UK, USA, Canada.
9. Feed The Children
   USA, UK.
10. British Red Cross.
    Newport, UK.
11. Unesco
12. The Vatican, Rome.

(24)

Object and Witnesses From Africa.

1. Nelson & Winnie Mandela.
   Former President of South Africa.
2. Alafin of Oyo
   Oba Lamidi Adeyemi
   Oyo State, Nigeria.
3. Alhaji Adisa Aleshinloye
   Alesh Hotel
   Ajah, Lagos
   Nigeria.
4. King Sunny Ade
   King Sunny Ade Organization.
   15 Ikorodu Road
   Jibowu, Yaba
   Lagos, Nigeria
5. Alhaji Irawo
   Itire Surolere
   Lagos, Nigeria.
6. Koffi Annan
   Former Secretary General U.N.O.
7. Rt. General Olusegun Obasanjo
   Former Head of State and
   President of Nigeria.

(25)

(8) Nigeria Military School
Zaria, Kaduna State, Nigeria.

(9) Oba of Badagry
Oba Babatunde Apan
Badagry, Lagos Nigeria.

(10) Eredua of Benin; Oba of Benin
Benin
Edo State, Nigeria.

(11) Oba of Lagos
Oba Rilwanu
Lagos Nigeria.

(12) The Olota of Otta
Oba D. A. Dada.
Otta, Ogun State
Nigeria.

(13) Segun Odegbami
Former Green Eagle Star & Player
Lagos & Ibadan
Nigeria

(14) King Wasiu Ayinde
K1 - De Altimate
Lagos Nigeria.

(15) Musiliu Haruna Ishola
106 Adeboye Road
Ijebu-Igbo  +2348037270793
Ogun State
Nigeria

(26)

Experts + witnesses from
Countries of USA

1. The Kingdom of Saudi Arabia.
2. The Prime Minister of the following Countries:
   a) Russia
   b) North Korea
   c) China
   d) Turkey
   e) Iran.
3. Egypt and The Arab League.
4. Dalai Lama of I, Tibet.
5. George Papadeous
   Prime Minister of Greece.

   International Stars

6. Al Pacino
7. Robert DeNiro

   American Icon

8. The Kennedy's Family
9. J.F. Kennedy  b) Robert Kennedy
   c) Edward Kennedy.
10. Chief Ebenezer Obey
    African Musician.

27

## News Media

1. Al-jazeera
2. BBC News.
3. CH. 4 News; John Snow
4. CNN World News.

## Print Media

1. Chicago Tribune.
2. New York Times.
3. Los Angeles Times.
4. Washington Post
5. Tribune, Ibadan Oyo State, Nigeria.

## Feature Media

1. The History Channel.
2. Discovery Channel
3. National Geographic Explorer.
4. A&E Network.

## Outstanding Press

1. Associated Press.

## Merit

1. Guiness Book of World Records.

(28)